IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLYN YEARWOOD AND LEE YEARWOOD, H/W, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 09-5945 |
| TURNER CONSTRUCTION COMPANY *et al.*, | : | |
| Defendants. | : | |

FILED
FEB 15 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this _15_ day of February, 2011, upon careful consideration of defendant Trystate Mechanical Inc.'s "motion to dismiss in the nature of a motion for judgment on the pleadings pursuant to [Federal Rule of Civil Procedure] 12(c) or, in the alternative, a motion for summary judgment pursuant to [Rule] 56" (docket no. 18), plaintiffs' opposition thereto, and defendant's reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and that this action is **TRANSFERRED** to the United States District Court for the Southern District of New York, because this court lacks personal jurisdiction over defendant Trystate.

William H. Yohn Jr., Judge